**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Steven L., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **FOR ATTORNEY'S FEES PURSUANT** |
| vs. | ) | **TO THE EQUAL ACCESS TO** |
| | ) | **JUSTICE ACT** |
| Frank Bisignano, Commissioner of Social | ) | |
| Security, | ) | |
| | ) | Case No. 1:26-cv-00013 |
| Defendant. | ) | |

Plaintiff initiated this action in January 2026, seeking judicial review of the Commissioner's final decision denying his application for disability insurance benefits under Title II of the Social Security Act. (Doc. Nos. 1 and 5). On May 5, 2026, Defendant filed an Unopposed Motion to Reverse and Remand pursuant to 42 U.S.C. § 405(g). (Doc. No. 12). On May 6, 2026, the Court issued an order granting Defendant's motion and remanding this matter to allow the Commissioner to conduct further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 13).

On May 21, 2026, Plaintiff filed a Stipulation for Attorneys' Fees Pursuant to the Equal Access to Justice Act. (Doc. No. 15). He requests an award of $3,547.43 in attorney's fees.

The Equal Access to Justice Act (EAJA) provides that a prevailing party is entitled to an award of fees and expenses in an action brought by or against the United States "unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A). The finds that the Plaintiff is eligible to receive an award of attorney's fees as requested. Accordingly, the Court **ADOPTS** the Stipulation for Attorney's Fees. (Doc. No. 15). The Clerk of Court shall enter judgment for the Plaintiff and against the Defendant for attorney's fees in the amount of $3,547.43. These fees and costs shall be

payable directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff, subject

to any offset identified by the Defendant to satisfy any pre-existing debt the Plaintiff may owe the

United States.

**IT IS SO ORDERED.**

Dated this 2nd day of May, 2026.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court